IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01246-BNB

DAVID BAUTISTA,

    Plaintiff,

v.

BOULDER COUNTY SHERIFF INFIRMARY,
BOULDER COUNTY SHERIFF COMMUNITY WORKER (Work Crew), and
ECO-CYCLE RECYCLING DEPT. TRANSPORT,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -7 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff David Bautista initiated this action by filing *pro se* a Prisoner Complaint. On June 25, 2008, Mr. Bautista filed an amended Prisoner Complaint. In an order filed on June 27, 2008, Magistrate Judge Boyd N. Boland directed Mr. Bautista to file a second amended complaint that clarifies who he is suing and that sets forth specific facts to demonstrate how each named Defendant personally participated in the asserted constitutional violations. Mr. Bautista was warned that the action would be dismissed without further notice if he failed to file a second amended complaint within thirty days.

On July 7, 2008, the copy of Magistrate Judge Boland's June 27 order that was mailed to Mr. Bautista at the address he provided was returned to the Court undelivered. The returned envelope is marked "NIC" and stamped "NOT HERE, RETURN TO SENDER, BOULDER COUNTY JAIL." Another stamp on the returned

envelope reads "RETURNED TO SENDER" and the reason checked is "Attempted – Not Known." Mr. Bautista has not filed a notice of change of address in this action.

Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of new address and telephone number within ten days of any change of address or telephone number. Mr. Bautista has failed to comply with the Court's local rules and, as a result, he has failed to file a second amended complaint as directed. Accordingly, it is

ORDERED that the complaint, the amended complaint, and the action are dismissed without prejudice for failure to file a second amended complaint as directed.

DATED at Denver, Colorado, this 7 day of Aug, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01246-BNB

David Bautista
Prisoner No. P-27985
Boulder County Detention Center
3200 Airport Road
Boulder, CO 80301

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 8/7/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk